## DAVIDSON v. WILSON.

No. 24729. March 26, 1935.

Paul M. Cameron, for plaintiff in error.

Johnson & Jones, for defendant in error.

PER CURIAM. The appeal was filed herein May 24, 1933, and brief of plaintiff in error filed June 22, 1933. No brief has been filed by the defendant in error, and under the rule for failure to file brief the cause is reversed and remanded, with directions to vacate the judgment against Henry G. Davidson and enter judgment in his favor.